UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:08-CR-19-1-F
No 4:11-CV-42-F

| | |
|---|---|
| TIMOTHY MARK PARMER ) | |
|     Petitioner ) | |
| ) | |
| v. ) | ORDER |
| ) | CERTIFICATE OF APPEALABILITY |
| UNITED STATES OF AMERICA ) | |
|     Defendant. ) | |

On remand from the Fourth Circuit Court of Appeals, *see United States v. Parmer*, No. 11-6501 (4th Cir. April 19, 2011), the court finds that Parmer has made a substantial showing of the denial of a constitutional right, in that reasonable jurists would find that this court's assessment of the constitutional claim is debatable or wrong. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003).

Accordingly, a Certificate of Appealability is ALLOWED as to the issue whether Parmer received ineffective assistance of counsel at sentencing or on appeal in relation to Parmer's alleged specific request that his attorneys challenge application of the three-level increase in his base offense level pursuant to USSG § 2B3.1(b)(2)(E) ("a dangerous weapon was brandished or possessed").

SO ORDERED.

This, the 20th day of April, 2011.

                                          JAMES C. FOX
                                          Senior United States District Judge